UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00124-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  RICARDO MORALES-MORENO, a/k/a Ricardo Moreno Morales

      Defendant.
_____

**ORDER**
_____

      This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Wednesday May 9, 2007,** and responses to these motions shall be filed by **Monday, May 21, 2007**.  It is

      FURTHER ORDERED that a hearing on pending motions has not been set at this time.  Counsel shall notify Chambers if a hearing and final trial preparation conference becomes necessary.  It is

      FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 4, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated:  April 4, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge